[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-15712

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 11, 2011
JOHN LEY
CLERK

D. C. Docket No. 08-00022-CR-01-JEC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERICO DEOLIVEIRA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 11, 2011)

Before MARTIN, FAY and BLACK, Circuit Judges.

PER CURIAM:

Erico Deoliveira appeals his sentence of 78 months' imprisonment, imposed after he pled guilty to laundering of monetary instruments, in violation of 18 U.S.C. § 1956(a)(3)(B) and (C). Deoliveira argues on appeal the district court incorrectly calculated his loss amount by including $230,000 in funds based on his statement to a confidential informant that he had previously laundered that amount. Deoliveira also argues the district court clearly erred in applying the U.S.S.G. § 2S1.1(b)(3)(B) enhancement for using sophisticated means to launder funds, and his sentence is substantively unreasonable.

After careful review of the record and the parties' briefs, and having the benefit of oral argument, we affirm Deoliveira's sentence. The district court did not clearly err in calculating Deoliveira's loss amount, which was supported by corroborating evidence, nor did it clearly err in applying the sophisticated means enhancement based on Deoliveira's use of layering. Finally, the district court did not abuse its discretion by sentencing Deoliveira to a within-guidelines sentence.

**AFFIRMED.**